IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:22-cr-93 |
| | § | Judge Kernodle/Love |
| DAVID YAGER | § | |

**INFORMATION**

THE UNITED STATES CHARGES:

**Count One**

Violation:   18 U.S.C. § 242
(Deprivation of Rights Under Color of Law)

On or about February 28, 2021, at or near Canton, Texas, and within the Eastern District of Texas, the defendant, DAVID YAGER, while acting under color of law as Sergeant with the Van Zandt County Sheriff's Office, unreasonably assaulted pretrial detainee M.H., a person known to the United States, thereby willfully depriving M.H. of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of due process of law, which includes the right to be free from the use of unreasonable force by a detention officer acting under color of law.

Specifically, the defendant, DAVID YAGER, punched M.H. in the chest multiple times with a taser, which he activated in drive-stun mode, also known as dry-stun mode, while M.H. was restrained by a detention officer and secured in a restraint chair inside the Van Zandt County Jail.  The offense included the use and attempted use of a dangerous weapon and resulted in bodily injury to M.H.

In violation of 18 U.S.C. § 242.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

Dated: 7/6/2022

TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Ph.:   (972) 509-1201
Fax:   (972) 509-1209 (fax)
Email: Tracey.Batson@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

Dated: 7/6/2022

KATHRYN E. GILBERT
MATTHEW TANNENBAUM
Trial Attorneys
Criminal Section
United States Department of Justice
150 M St. NE
Washington, DC 20002
Ph.:   (202) 616-2430
Email: Kathryn.Gilbert@usdoj.gov